UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW C. BITZER,

     Plaintiff,

                                            Case No. 1:25-cv-850

v.

                                            HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

_____/

## **JUDGMENT**

     In accordance with the Order entered this date:

     **IT IS HEREBY ORDERED** that the decision of the Commissioner of Social Security is

AFFIRMED.

Dated:  March 17, 2026                         /s/  Paul L. Maloney
                                             Paul L. Maloney
                                             United States District Judge